UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN RAY BUECHE

VERSUS

CAROLYN W. COLVIN,
ACTING COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION

CIVIL ACTION

NO. 16-550-JWD-EWD

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated December 29, 2017, to which no objection was filed:

**IT IS ORDERED** that under sentence four of 42 U.S.C. § 405(g), the final decision of the Acting Commissioner of Social Security, Carolyn W. Colvin, denying the applications for disability insurance benefits and supplemental security income benefits filed by plaintiff, John Ray Bueche, is AFFIRMED and this action shall be DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana, on January 23, 2018.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA